IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY A. RUSSELL, | No. 4:20-CV-00405 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ETHICON, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Partial Summary Judgment, Doc. 27, is **GRANTED IN PART AND DENIED IN PART**.

2. Defendants' Supplemental Motion for Summary Judgment, Doc. 73, is **DENIED**.

3. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge